B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re   Christopher J. Branch                                      Case No.   18-73980-FJS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| United Security Financial Corp. | United Security Financial Corp. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

BSI Financial Services
314 S Franklin St, 2nd Floor
PO Box 517
Titusville, PA 16354

Court Claim # (if known): 5
Amount of Claim: $4,308.36
Date Claim Filed: 12/31/2018

Phone:  (800) 327-7861
Last Four Digits of Acct #: 2887

Phone:  (877) 426-8805
Last Four Digits of Acct #: 2887

Name and Address where transferee payments should be sent (if different from above):

BSI Financial Services
PO Box 679002
Dallas, TX 75267-9002

Phone:  (800) 327-7861
Last Four Digits of Acct #: 2887

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By    /s/Mark D. Meyer, Esq.                                          Date:    3/24/2021
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152  3571.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| IN RE<br><br>CHRISTOPHER J. BRANCH<br><br>    Debtor | Case No. 18-73980-FJS<br>Chapter 13 |
|---|---|

### CERTIFICATE OF SERVICE

    I hereby certify that on the 24th day of March, 2021, the Transfer of Claim was mailed, first class mail, postage prepaid, upon the following who were not served via CM/ECF:

Christopher J. Branch
3708 Old Forge Road
Virginia Beach, VA 23452

Christopher Baker, Esquire
Boleman Law Firm
272 Bendix Road, Suite 330
Virginia Beach, VA  23452
(served via CM/ECF)

R. Clinton Stackhouse, Jr., Trustee
7021 Harbour View Boulevard,
Suite 101
Suffolk, VA 23435
(served via CM/ECF)

Respectfully Submitted,

/s/ Mark D. Meyer, Esq.

Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 79458